IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CR338 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| DENIS JOSEPH HICKEY, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT RESPONSE TO DEFENDANT'S**
**MOTION TO TERMINATE SUPERVISED RELEASE**

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Robert E. Bulford, Assistant United States Attorney, and in response to defendant's motion to terminate supervised release defers to any recommendation made to the Court by the Probation Officer supervising Hickey.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: /s/ *Robert E. Bulford*
Robert E. Bulford (OH: 0014679)
Assistant United States Attorney
Two South Main Street, Room 208
Akron, OH 44308
(330) 761-0517
(330) 375-5492 (facsimile)
Robert.Bulford@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *Robert E. Bulford*
Robert E. Bulford
Assistant U.S. Attorney